

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00835-CV

**IN RE** Jack Lee **KING**

Original Proceeding

### ORDER

On December 12, 2022, relator Jack Lee King filed a petition for a writ of mandamus seeking to compel the District Clerk of Bexar County, Texas to file his original petition for determination of heirship and his motion for leave to proceed *in forma pauperis*. After considering the petition and this record, this court concludes it is without jurisdiction over this petition. *See* TEX. GOV'T CODE ANN. § 22.221. Accordingly, the petition for writ of mandamus is **DISMISSED**. Relator's motion for leave to invoke Texas Rule of Appellate Procedure 2 is **DISMISSED** as moot.

It is so **ORDERED** on December 21, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
Michael A. Cruz, Clerk of Court